NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JENNIFER M. ROMERO,                    )
                                       )
        Appellant,                     )
                                       )
v.                                     )        Case No.  2D17-4790
                                       )
WALMART STORES, INC., a Foreign        )
Profit Corporation,                    )
                                       )
        Appellee.                      )
_____)

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Victor M. Arias of Arias Law Firm, P.A.,
Cape Coral, for Appellant.

Edgardo Ferreyra, Jr., and Daniel J.
Santaniello of Luks, Santeniello, Petrillo &
Jones, Miami, for Appellee.




PER CURIAM.

        Affirmed.




SILBERMAN, SALARIO, and ATKINSON,, JJ., Concur.